UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | *    Chapter 13 |
| EMMRY RUSSELL KENNEDY and | * |
| JENEA ESHUN KENNEDY, | * |
| | *    Case No. 10-95566-MHM |
| Debtors, | * |
| | * |
| FORT McPHERSON CREDIT UNION, | * |
| | * |
| Movant, | *    **CONTESTED MATTER** |
| Vs. | * |
| | * |
| EMMRY RUSSELL KENNEDY and | * |
| JENEA ESHUN KENNEDY, | * |
| | * |
| Respondents. | * |

**ORDER**

Movant filed a *Motion To Allow Late Filing of Proof of Claim* (Doc. No. 45) ("Motion"). A hearing was held June 30, 2011 at 1:45 p.m. With no opposition to said Motion, it is hereby

ORDERED that the Motion is **granted**: Movant may file a completed Proof of Claim within 30 days of the entry of this Order, and, if so timely filed, will be treated as if filed before the bar date.

This the 14th day of July, 2011.

_____
Margaret H. Murphy, Judge
U. S. Bankruptcy Court, Northern Division

Prepared and presented by:

_____
Charles M. Gisler, Attorney for Movant
State Bar of Georgia No. 296262
165 N. Main St.
Jonesboro, GA 30236-3568
770-478-7730
fax 770-478-2920
cgisler@bellsouth.net

No opposition:

_____
Mandy K Campbell
GA Bar 142676
Attorney for Adam Goodman
Ch. 13 Trustee
Suite 200
260 Peachtree St. NW
Atlanta, GA 30303
678-510-1444

## **DISTRIBUTION LIST**

Adam Goodman, Chapter 13 Trustee
260 Peachtree St Ste 260
Atlanta Ga 30303

Wood & Wood, LLP
Attn: Maureen E. Wood, Esq.
1070 Iris Dr., SW, Ste A
Conyers Ga 30094

Emmry R. & Jenea E. Kennedy
215 Lanella Pkwy
Conyers Ga 30013

Charles M. Gisler
165 N. Main St
Jonesboro Ga 30236-3568